1050

No. 83–6168.   JAMES *v.* COHEN, SECRETARY OF THE PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE.   C. A. 3d Cir. Certiorari denied.

No. 83–6269.   BELL *v.* MASSINGA, SECRETARY, MARYLAND DEPARTMENT OF HUMAN RESOURCES, ET AL.   C. A. 4th Cir. Certiorari denied.

No. 83–6769.   DICKENSON ET AL. *v.* PETIT, COMMISSIONER, MAINE DEPARTMENT OF HUMAN SERVICES, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 83–6870.   MATLOCK *v.* ROSE, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 84–444.   CONNOR ET AL. *v.* AEROVOX INC. ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 84–626.   McGAFFIN *v.* ROBERTS.   Sup. Ct. Conn.   Certiorari denied.

No. 84–770.   SAVE MART OF MODESTO, INC. *v.* UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 126.   C. A. 9th Cir. Certiorari denied.

No. 84–783.   MURRAY *v.* GARDNER, SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION, ET AL.   C. A. D. C. Cir. Certiorari denied.

No. 84–798.   McLEAN *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 84–850.   VITELLO *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 84–852.   ERNST & WHINNEY ET AL. *v.* UNITED STATES. C. A. 11th Cir.   Certiorari denied.

No. 84–853.   ASHERMAN *v.* CONNECTICUT.   Sup. Ct. Conn. Certiorari denied.

No. 84–855.   BASHAM ET AL. *v.* KENTUCKY.   Sup. Ct. Ky. Certiorari denied.